SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
2033 Gateway Place, Fifth Floor
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Reorganized Debtors
MARGARET C. PHAM

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>MARGARET C. PHAM<br><br>    Reorganized Debtors, | Case No.: 11-56584 CH 11<br><br>Chapter 11<br><br>**DECLARATION OF MARGART C PHAM REGARDING POST-CONFIRMATION REPORTS FOR THE PERIOD OF MARCH 7, 2014 THROUGH MARCH 31, 2014**<br><br>HON. ARTHUR NOVACK |

I MARGARET C. PHAM hereby declare:

1. I am the reorganized debtor in the matter herein. As such, I have personal knowledge of the facts and statements contained herein except for those based on information and belief, and to those statements, I am informed and believe them to be true. If called upon, I could and would competently testify thereto.

2. During the period covering March 7, 2014 through March 31, 2014 (hereinafter the "Period") I had a starting cash balance of $38,340.00 and an ending cash balance of $30,568.00.

3. During the Period I made $7,772.00 in disbursements. I am current on all payments required by the plan.

1     I, MARGARET C PHAM, hereby declare under penalty of perjury that the foregoing is
2 true and correct and that this declaration was executed on this 18th day of June 2014 at San Jose,
3 California.

4

5                                                   */s/ Margaret C. Pham*
                                                    MARGARET C. PHAM
6                                                     Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28